UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

Minnebo, et al ,

              Plaintiff,

  v.

Metal Supermarkets Franchising America, et al ,

              Defendant.

**STIPULATION
SELECTION OF MEDIATOR**

1:24-cv-418-LV

---

IT HEREBY IS STIPULATED AND AGREED, by and between counsel for all parties to this action, that F. Peter Phillips, Esq. has been selected, contacted and has agreed to serve as Mediator for this action.

IT IS FURTHER STIPULATED AND AGREED, in consultation with the Mediator, that the initial mediation session will be held on 11.13.24 at 10 a.m.

IT IS FURTHER STIPULATED AND AGREED that counsel will participate in the mediation session in good faith and confer with the Mediator regarding the scheduling of additional conference(s), bearing in mind the deadline for the completion of ADR set forth in the Court's Scheduling Order.

Dated: 9.20.24

/s/ Evan M. Goldman            James C. Rubinger
_____     _____
  Counsel for Plaintiff(s)             Counsel for Defendant(s)

1